# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 6/18/2020        DAY: Thursday        START TIME: 3:09 PM        END TIME: 3:15 PM
JUDGE/MAG.: S. Crocker        CLERK: K. Frederickson        REPORTER: C. Seeman
PROBATION OFFICER: ___        INTERPRETER: ___        SWORN: YES ☐  NO ☐
CASE NUMBER: 20-cr-77-jdp        CASE NAME: USA v. Anthony Krohn

**APPEARANCES:**
ASST. U.S. ATTY.: Corey Stephan        DEFENDANT ATTY.: Peter Moyers

DEFENDANT PRESENT: YES ☒  NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1 ; 10 YR(S) IMPRISONMENT; $250,000 FINE;
3 YEAR(S) SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT; ☐ RESTITUTION.
DEFENDANT AGE: ___        ☐ INDICTMENT/INFORMATION READ        ☒ DEFENDANT WAIVES READING

**PLEA:**
- ☐ GUILTY
- ☒ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☐ DEFENDANT SWORN
- ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: 10/13/2020 at 9:00 AM        TRIAL ESTIMATE: 1-2 DAYS
PTMH/EVID. HRG.: 8/13/2020 at 9:00 AM        MOTIONS DUE: 8/3/2020
FPTC: 10/1/2020 at 11:00 AM        FPTC SUBMISSIONS: 9/29/2020
FINAL HEARING: 10/7/2020 at 2:30 PM

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: ___        OBJECTIONS DUE: ___
SENTENCING: ___ at ___

**RELEASE/DETENTION:**
- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☒ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: Reserved

**NOTES:**

TOTAL COURT TIME: 6 min.