# Federal Defender Services
## Of Wisconsin, Inc.
Legal Counsel

|  |  |
|---|---|
| Craig W. Albee, Federal Defender | 22 East Mifflin Street |
| Krista A. Halla-Valdes, First Assistant | Suite 1000 |
|  | Madison, Wisconsin  53703 |
| Joseph A. Bugni, Madison Supervisor | Telephone 608-260-9900 |
| John W. Campion | Facsimile 608-260-9901 |

Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

August 4, 2020

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

  Re: *United States v. Anthony Krohn*
    Case No. 20-cr-77-jdp

Dear Judge Crocker:

  Pursuant to the Court's Scheduling Order in this matter, pretrial motions were due by August 3, 2020. I am writing to inform the Court that I will not be filing any such motions. For the record, I also acknowledge that this was a tactical decision made after reviewing the discovery, investigating the case and discussing the matter fully with Mr. Krohn. He waives his right to appear in court for the pretrial motion hearing. Therefore, if the Court wishes to hold the pretrial motion hearing telephonically, I have no objection.

  Thank you for your time in considering this matter. As always, if the Court requires anything further from me, please do not hesitate to contact me.

         Sincerely,

         */s/ Peter R. Moyers*

        Peter R. Moyers
        Associate Federal Defender

cc: AUSA Corey Stephan