# Wisconsin Department of Corrections

Name: **KROHN, ANTHONY R**                                                                 DOC: **00430175**

| | |
|---|---|
| Birth year: **1983** | Weight: **200** |
| Age: **37** | Height: **5' 10"** |
| Gender: **MALE** | Eye Color: **BROWN** |
| Race: **AMERICAN INDIAN OR AMERICAN NATIVE** | Hair Color: **BLACK** |
| Dexterity: **RIGHT HANDED** | |

Aliases
- AK KROHN
- ANTHONY R KROHN
- ANTHONY KROHN

   

Front                Left                Right                Front with Glasses

Photo(s) Taken: **08/19/2020**

Status: **INCARCERATED**
Sub-Status:
Institution:
  **Jackson Correctional Institution**
  **P.O. Box 232**
  **Black River Falls, WI 54615-0232**
  **(715)284-4550**

Region Unit:
  **Unit 811**
  **8 11 17**
  **1000 Log Lodge Court**
  **Baraboo, WI  53913**
  **(608) 3553840**

Maximum Discharge Date: **06/04/2023**
Parole Eligibility Date:                                    Mandatory Release/Extended Supervision Date: **06/01/2022**

## Addresses

### Residence

| Address | Reported |
|---|---|
| LODI, WI, 53555, County of COLUMBIA | 02/01/2020 |

**Movement**

| Date | Type | Reporting Location | Other Location |
|---|---|---|---|
| 12/01/2020 | Received from another Facility | Jackson Correctional Institution | Dodge Correctional Institution |
| 12/01/2020 | Transferred to Another Facility | Dodge Correctional Institution | Jackson Correctional Institution |
| 08/19/2020 | Returned from Extended Supervision (ES) | Dodge Correctional Institution | Rock County Jail |
| 07/30/2019 | Released on Extended Supervision | Fox Lake Correctional Institution | Unknown |
| 03/01/2017 | Returned from Court | Fox Lake Correctional Institution | Rock County Jail/Sheriff Dept. |
| 02/22/2017 | Out to Court | Fox Lake Correctional Institution | Rock County Jail/Sheriff Dept. |
| 09/28/2016 | Received from another Facility | Fox Lake Correctional Institution | Dodge Correctional Institution |
| 09/28/2016 | Transferred to Another Facility | Dodge Correctional Institution | Fox Lake Correctional Institution |
| 08/03/2016 | Returned from Extended Supervision (ES) | Dodge Correctional Institution | Rock County Jail |
| 11/03/2015 | Released on Extended Supervision | Oshkosh Correctional Institution | Unknown |
| 05/20/2014 | Received from another Facility | Oshkosh Correctional Institution | Dodge Correctional Institution |
| 05/20/2014 | Transferred to Another Facility | Dodge Correctional Institution | Oshkosh Correctional Institution |
| 03/19/2014 | Returned from Extended Supervision (ES) | Dodge Correctional Institution | Rock County Jail |
| 02/05/2013 | Released on Extended Supervision | Waupun Correctional Institution | Unit 117 |
| 11/27/2012 | Received from another Facility | Waupun Correctional Institution | New Lisbon Correctional Institution |
| 11/27/2012 | Transferred to Another Facility | New Lisbon Correctional Institution | Waupun Correctional Institution |
| 06/08/2012 | Switched | New Lisbon Correctional Institution | Stanley Correctional Institution |

| Date | Action | From | To |
|---|---|---|---|
| | Supervision Responsibility | | |
| 06/07/2012 | Switched Supervision Responsibility | New Lisbon Correctional Institution | Stanley Correctional Institution |
| 05/17/2012 | Received from another Facility | New Lisbon Correctional Institution | Stanley Correctional Institution |
| 05/17/2012 | Transferred to Another Facility | Stanley Correctional Institution | New Lisbon Correctional Institution |
| 02/17/2012 | Switched Supervision Responsibility | Stanley Correctional Institution | Supervised Living Facility |
| 01/11/2012 | Received from another Facility | Stanley Correctional Institution | Supervised Living Facility |
| 01/11/2012 | Transferred to Another Facility | Supervised Living Facility | Stanley Correctional Institution |
| 12/21/2011 | Received from another Facility | Supervised Living Facility | Jackson Correctional Institution |
| 12/21/2011 | Transferred to Another Facility | Jackson Correctional Institution | Supervised Living Facility |
| 07/05/2011 | Received from another Facility | Jackson Correctional Institution | Dodge Correctional Institution |
| 07/05/2011 | Transferred to Another Facility | Dodge Correctional Institution | Jackson Correctional Institution |
| 05/11/2011 | Admitted Probation Violator | Dodge Correctional Institution | Rock County Jail |
| 04/08/2008 | Released on MR to Supervision | Oregon Correctional Center | Division of Community Corrections Central Office |
| 10/31/2007 | Received from another Facility | Oregon Correctional Center | Dodge Correctional Institution |
| 10/31/2007 | Transferred to Another Facility | Dodge Correctional Institution | Oregon Correctional Center |
| 10/30/2007 | Received from another Facility | Dodge Correctional Institution | Columbia Correctional Institution |
| 10/30/2007 | Transferred to Another Facility | Columbia Correctional Institution | Dodge Correctional Institution |
| 06/12/2007 | Received from another Facility | Columbia Correctional Institution | Dodge Correctional Institution |
| 06/12/2007 | Transferred to | Dodge Correctional Institution | Columbia Correctional Institution |

| | | | |
|---|---|---|---|
| | Another Facility | | |
| 06/11/2007 | Received from another Facility | Dodge Correctional Institution | Oneida County Jail Contract |
| 06/11/2007 | Transferred to Another Facility | Oneida County Jail Contract | Dodge Correctional Institution |
| 03/05/2007 | Received from another Facility | Oneida County Jail Contract | Dodge Reception |
| 03/05/2007 | Transferred to Another Facility | Dodge Reception | Oneida County Jail Contract |
| 02/28/2007 | Returned from Court | Dodge Reception | Rock County Jail |
| 02/21/2007 | Out to Court | Dodge Reception | Rock County Jail |
| 12/20/2006 | Admitted Probation Violator | Dodge Reception | Unknown |

**Court Cases**

| Case # | Location | Statute # | Convicted |
|---|---|---|---|
| 01CM01759 | ROCK | 940.19(1) , 946.41(1) | 07/23/2002 |
| 02CF03952 | ROCK | 940.19(1) | 06/09/2003 |
| 02CM01092 | ROCK | 940.19(1) | 07/23/2002 |
| 05CM01998 | ROCK | 941.23 | 01/30/2006 |
| 06CM02553 | ROCK | 943.01(1) , 943.14 | 02/27/2007 |
| 09CF2123 | ROCK | 940.19(2) | 12/18/2009 |
| 09CF2612 | ROCK | 946.49(1)(B) , 961.41(1M)(CM)2 | 12/18/2009 |
| 13CF2543 | ROCK | 346.63(1)(A) | 03/13/2014 |
| 16CF939 | ROCK | 346.63(1)(A) | 02/24/2017 |