# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 2/17/2021　　DAY: Wednesday　　START TIME: 1:10 pm　　END TIME: 1:50 pm
JUDGE/MAG.: JDP　　CLERK: JLS　　REPORTER: JLD
PROBATION OFFICER: R. Williams　　INTERPRETER: _____　　SWORN: _____
CASE NUMBER: 20-cr-77-jdp　　CASE NAME: USA v. Anthony Krohn

**APPEARANCES:**
AUSA: Corey Stephan　　　　DEFENDANT ATTY.: Peter Moyers

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
　　TOTAL OFFENSE LEVEL: 21　　CRIMINAL HISTORY CATEGORY: 6
　　ADVISORY GUIDELINE IMPRISONMENT RANGE: 77 to 96 MONTHS.

**SENTENCE:**
COUNT(S) 1 : ☒ INDICTMENT　☐ INFORMATION
CBOP  CT. 1 ; 60 MOS.; 3 YRS. S/R; $ 100 CA; $ _____ REST.; $ _____ FINE.
　　　　CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
☐ VOLUNTARY SURRENDER: _____ between _____ and _____ ;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
Defendant sworn; Guilty plea entered; accepted as knowing and voluntary; defendant adjudged guilty by the court.
Defendant waives reading of the conditions.
Sentence to run concurrent to revocation sentence starting today.

TOTAL COURT TIME: 40 min